✎AO 93  (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __CALIFORNIA__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One (1) Black Motorola i455 Cellular Telephone
Serial Number:  364KGJ9ZWS

**SEARCH WARRANT**

Case Number: **'08 MJ 8173**

FILED
MAR 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: __CRAIG MOORE__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __CRAIG MOORE__ who has reason to believe
                                              Affiant

that ☐ on the person of, or ✓ on the premises known as (name, description and/or location)
**REFER TO ATTACHMENT A**

in the __SOUTHERN__ District of __CALIFORNIA__ there is now
concealed a certain person or property, namely (describe the person or property)

**REFER TO ATTACHMENT B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described
is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __March 6, 2008__
                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the
search ~~in the daytime — 6:00 A.M. to 10:00 P.M.~~ | at anytime in the day or night as I find reasonable cause has been
established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person
or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
__PETER C. LEWIS__ as required by law.
U.S. Magistrate Judge  (Rule 41(f)(4))

__2-25-08 @ 11:56 a.m.__     at    __EL CENTRO            CALIFORNIA__
Date and Time Issued                      City and State

Peter C. Lewis, U. S. Magistrate Judge                    _[signature]_
Name and Title of Judge                                    Signature of Judge

AO 93   (Rev. 12/03) Search Warrant (Reverse)

| **RETURN** | Case Number: 08 MJ 8173 |
|---|---|
| DATE WARRANT RECEIVED: 2/25/2008 | DATE AND TIME WARRANT EXECUTED: 2/29/08 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH: Copy of warrant left in property bag |

INVENTORY MADE IN THE PRESENCE OF
DEA Special Agent Jeff Butler / DEA Task Force Officer Craig Moore

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Numbers in contact list downloaded from cell phone
Numbers in recent calls list downloaded from cell phone
Individual cell number recovered from cell phone
Individual UFMI number (push to talk) number recovered from cell phone

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* — Signature of Judge

3-21-08 — Date

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

One black Motorola i455 cellular phone (Serial Number 364KGJ9ZWS) without photo capabilities, that was found on the person of Veronica Torres at the Midway Camp Ground.

The cellular telephone to be searched is currently located at the DEA Imperial County District Office, Imperial, California.

## ATTACHMENT B

## ITEMS TO BE SEIZED

Any and all electronically stored information in said cellular phone, including:

a. telephone numbers of incoming/outgoing calls stored in the call registry;

b. telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

c. any incoming/outgoing text messages which evidences the relationship between the existence of a conspiracy to import, possess or sell controlled substances in violation of 21 U.S.C. §§ 841(a)(1), and 846

d. telephone subscriber information; and

e. any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including photographs, e-mail, and voicemail which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), and 846

1